| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Byron R Baumbach** | Social Security number or ITIN  xxx–xx–7154 |
|  | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Mary P Baumbach** | Social Security number or ITIN  xxx–xx–2426 |
|  | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | |
| Case number: | **17–32944** | |

# Order of Discharge                                                                                     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Byron R Baumbach                                    Mary P Baumbach

If the trustee has filed and served a notice pursuant to Bankruptcy Rule 3002.1(f), and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

January 5, 2021                               **For the court:**   Jeffrey P. Allsteadt, Clerk
                                                                    United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Northern District of Illinois

In re:  
Byron R Baumbach  
Mary P Baumbach  
    Debtor(s)

Case No. 17-32944-JSB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: cmendoza1      Page 1 of 3  
Date Rcvd: Jan 05, 2021      Form ID: 3180W      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

+++      Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Byron R Baumbach, Mary P Baumbach, 457 Parkwood Circle, South Elgin, IL 60177-3266 |
| 26221214 | + | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 26165991 | + | Kane County Assessor, 719 S Batavia Ave, Bldg C, Geneva, IL 60134-3077 |
| 26165994 | + | Med Business Bureau, 1460 Renaissance Dr #400, Park Ridge, IL 60068-1349 |
| 26485501 | + | Nationstar Mortgage LLC d/b/a/ Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 26515468 | + | Personal Finance Company, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 26165995 | +++ | Personal Finance/p312, 8211 Town Center Drive, Nottingham, MD 21236-5904 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 26260524 | | EDI: BECKLEE.COM | Jan 06 2021 04:13:00 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 26428331 | | EDI: BECKLEE.COM | Jan 06 2021 04:13:00 | American Express Travel Related Services Company,, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 26165979 | + | EDI: AMEREXPR.COM | Jan 06 2021 04:13:00 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 26201990 | | Email/Text: karmstrong@cdac.biz | Jan 05 2021 23:37:00 | Creditors Discount and Audit Company, 415 E Main St, Streator, IL 61364 |
| 26165981 | | Email/Text: karmstrong@cdac.biz | Jan 05 2021 23:37:00 | Cda/Pontiac, Attn:Bankruptcy, Po Box 213, Streator, IL 61364 |
| 26165980 | + | EDI: CAPITALONE.COM | Jan 06 2021 04:13:00 | Capital One / Carson, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 26297164 | | EDI: BL-BECKET.COM | Jan 06 2021 04:13:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 26165983 | + | EDI: CITICORP.COM | Jan 06 2021 04:13:00 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 26165984 | | EDI: CITICORP.COM | Jan 06 2021 04:13:00 | Citimortgage Inc, Attn: Bankruptcy, Po Box 6423, Sioux Falls, SD 57117 |
| 26165985 | + | EDI: WFNNB.COM | Jan 06 2021 04:13:00 | Comenity Bank/Carsons, Po Box 182125, Columbus, OH 43218-2125 |
| 26165986 | | Email/PDF: DellBKNotifications@resurgent.com | Jan 06 2021 00:35:24 | Dell Financial Services, Attn: Bankruptcy, Po Box 81577, Austin, TX 78708 |
| 26165988 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Jan 06 2021 00:44:00 | Fifth Third Bank, Attn: Bankruptch Department, 1830 E Paris Ave Se, Grand Rapids, MI |

Case 17-32944  Doc 32  Filed 01/07/21  Entered 01/07/21 23:19:47  Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0752-1 | User: cmendoza1 | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 05, 2021 | Form ID: 3180W | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 26165987 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Jan 06 2021 00:44:00 | Fifth Third Bank, Attn: Bankruptcy Department, 1830 E Paris Ave Se, Grand Rapids, MI 49546-8803 |
| 26378307 | | EDI: JEFFERSONCAP.COM | Jan 06 2021 04:13:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 26165989 | | EDI: JEFFERSONCAP.COM | Jan 06 2021 04:13:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 26165982 | | EDI: JPMORGANCHASE | Jan 06 2021 04:13:00 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 26165990 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Jan 06 2021 00:45:00 | Jh Portfolio Debt Equities LLc, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 26165992 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 05 2021 23:37:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 26165993 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 06 2021 00:32:02 | LVNV Funding/Resurgent Capital, Po Box 10497, Greenville, SC 29603-0497 |
| 26269728 | | EDI: PRA.COM | Jan 06 2021 04:13:00 | Portfolio Recovery Associates, LLC, Successor to CITIBANK, N.A., (THE HOME DEPOT), POB 41067, Norfolk, VA 23541 |
| 26422095 | | EDI: PRA.COM | Jan 06 2021 04:13:00 | Portfolio Recovery Associates, LLC, Successor to CITIBANK, N.A., POB 41067, Norfolk, VA 23541 |
| 26483349 | | EDI: USBANKARS.COM | Jan 06 2021 04:13:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 26165996 | | EDI: USBANKARS.COM | Jan 06 2021 04:13:00 | US Bank/Rms CC, Card Member Services, Po Box 108, St Louis, MO 63166 |
| 26165997 | | EDI: USBANKARS.COM | Jan 06 2021 04:13:00 | US Bank/Rms CC, Po Box 108, Saint Louis, MO 63166 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 26351818 | *+ | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2021           Signature:     /s/Joseph Speetjens

| District/off: 0752-1 | User: cmendoza1 | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 05, 2021 | Form ID: 3180W | Total Noticed: 31 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Crystal V Caceres | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ILBankruptcy@dallegal.com |
| David H Cutler | on behalf of Debtor 1 Byron R Baumbach cutlerfilings@gmail.com r48280@notify.bestcase.com |
| Glenn B Stearns | mcguckin_m@lisle13.com |
| Nisha B Parikh | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ILBankruptcy@dallegal.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Steven C Lindberg | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bankruptcy@fallaw.com |
| Timothy R Yueill | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper timothyy@nevellaw.com |

TOTAL: 7